**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2902-17T2

JENNY J. SUNG-LEE,

     Plaintiff-Respondent,

v.

HENRY LEE,

     Defendant-Appellant.

_____

     Submitted December 13, 2018 – Decided  December 19, 2018

     Before Judges Simonelli and DeAlmeida.

     On appeal from Superior Court of New Jersey, Chancery Division, Family Part, Bergen County, Docket No. FM-02-1957-17.

     Jae Y. Lee, attorney for appellant.

     Jeffrey M. Bloom, attorney for respondent.

PER CURIAM

     This matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION